UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Ahmad Mustafa                                              Case No. 07-51997
                                                           Chapter 7
      Debtor.                                        Honorable Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 74.94 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197 | 3 | $203.87 |

Dated: March 29, 2011

/s/ Charles J. Taunt_____.
Charles J. Taunt, Trustee (P24589)
700 East Maple, 2nd Floor
Birmingham, MI 48009-6359
(248) 644-7800
Teetaunt@tauntlaw.com
P24589